**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 19-483** |
| | : | |
| | : | |
| **DENNIS KELLEY** | : | |

## ORDER

**AND NOW**, this 16th day of February 2021, upon considering Defendant's Motion to sever (ECF Doc. No. 60), the United States' Response (ECF Doc. No. 64), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 60) is **DENIED**.

_____
**KEARNEY, J.**